**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6906**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY JAMES GARRISON, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:19-cr-00065-JAG-1)

Submitted:  January 23, 2025                                  Decided:  January 29, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory James Garrison, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory James Garrison, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "In general, a court may not modify a term of imprisonment once it has been imposed." *United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (internal quotation marks omitted). "However, section 3582(c)(2) provides that a district court may reduce a sentence in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *Id.* (internal quotation marks omitted). We review the denial of a motion under § 3582(c)(2) for abuse of discretion. *Id.*

We have reviewed the record and find no reversible error. In particular, the record confirms that Garrison's career offender status drove his category VI criminal history, regardless of the status points added to his criminal history score or the seriousness of his prior convictions. *See* USSG § 1B1.10(a)(1) (providing that a district court may reduce a defendant's sentence under 18 U.S.C. § 3582(c)(2) only if "the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (d) below").

Accordingly, we deny Garrison's motion for appointment of counsel and affirm the district court's order. *United States v. Garrison*, No. 3:19-cr-00065-JAG-1 (E.D.N.C. Aug. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*